# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MITCHELL, | Case No. 1:19-cv-01174-EPG |
| Plaintiff, | **ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*** |
| v. | (ECF No. 2) |
| DR. AKBIKE, | |
| Defendant. | |

Plaintiff, George Mitchell, proceeding *pro se* (ECF No. 1), has requested leave to proceed *in forma pauperis* ("IFP") (ECF No. 2). Plaintiff's IFP application is incomplete, and specifically does not include Plaintiff's signature and the date on which the application was completed. The application will therefore be denied without prejudice to renewal.

IT IS ORDERED:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is DENIED without prejudice.

2. Plaintiff must submit a renewed IFP application on the standard court form, with all information completed, including Plaintiff's signature and the date on which the application was completed, or pay the filing fee, within 30 days from the date of this order.

3. Plaintiff is cautioned that failure to timely submit a renewed IFP application in proper

1

form, or to pay the filing fee, may result in a recommendation that this action be dismissed.

4. The Clerk of the Court is directed to provide Plaintiff with a copy of the Application to Proceed In Forma Pauperis by a Prisoner.

IT IS SO ORDERED.

Dated: **September 4, 2019**

/s/ Erin P. Gross
UNITED STATES MAGISTRATE JUDGE