UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MITCHELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. AKBIKE,<br><br>　　　　Defendant. | Case No. 1:19-cv-01174-AWI-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 15) |

　　　　Plaintiff, George Mitchell, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On April 21, 2020, the magistrate judge entered findings and recommendations recommending that Plaintiff's claim for deliberate indifference to serious medical needs under the Eighth Amendment be dismissed with prejudice for failure to state a claim. (ECF No. 15.)

　　　　Plaintiff was provided an opportunity to file objections to the findings and recommendations within twenty-one days. Plaintiff has not filed any objections and the time to do so has passed..

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, the Court hereby orders that:

1. The findings and recommendations entered April 21, 2020 (ECF No. 15) are adopted in full;
2. This case is dismissed with prejudice for failure to state a claim; and
3. The Clerk of Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: __June 26, 2020__                              _____
                                                                                SENIOR DISTRICT JUDGE